# STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

September 12, 2014

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Daryl Payton**
      **12-CR-00887 (ALC)**

Dear Judge Carter,

    I write with the consent of the government and Pretrial Services to permit Daryl Payton to permanently move to Philadelphia as of September 27, 2014. His new residence will be 400-04 S. 45th Street Apt 0C, Philadelphia, PA 19104. If approved he will be supervised in the district of his residence.
    I request that his bond be modified to permit him to travel to New York City for counsel visits and that his travel needs be expanded to cover the Eastern District of Pennsylvania.

Very truly yours,

James Roth

cc:   AUSA John Zack (by ECF)
      USPO Erica Cudina (by email)