UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,                   :
                                            :     12 Cr. 887 (ALC)
            -v-                             :
                                            :     <u>ORDER</u>
DARYL PAYTON,                               :
                        Defendant.          :
                                            :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby schedules a status conference in this case for November 18, 2014 at 3:30 p.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: New York, New York
       November 17, 2014

_____
ANDREW L. CARTER, JR.
United States District Judge