```
-----------------------------------------------------X
UNITED STATES OF AMERICA              :        12 Cr. 887 (ALC)

            v.                        :        ORDER

DARYL PAYTON,                         :

            Defendant                 :
-----------------------------------------------------X
```

WHEREAS, Defendant Daryl Payton's bail conditions in the above-captioned matter include the execution of a personal recognizance bond in the amount of $250,000.00 (the "PRB"), cosigned by two financially responsible persons.

WHERE AS, on February 3, 2015, this Court "so ordered" a Nolle Prosequi submission from the United States Attorney for the Southern District of New York, dismissing the indictment against Mr. Payton without prejudice:

IT IS THEREFORE ORDERED THAT, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the conditions of the PRB for Mr. Payton have been satisfied, and all obligors on the PRB are hereby EXONERATED.

SO ORDERED

Dated: New York, New York
       February 13, 2015

By: _____
    United States District Judge
    Honorable Andrew L. Carter, Jr.