# EPSTEIN & WEIL, LLC
ATTORNEYS AT LAW

(212) 732-4888

225 Broadway  
New York, New York 10007

LLOYD EPSTEIN  
JUDITH H. WEIL

March 26, 2015

**VIA ECF**  
Hon. Andrew L. Carter, Jr.  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: United States v. Daryl Payton and Benjamin Durant  
Dkt. No. 12-CR-887 (ALC)

Dear Judge Carter:

James Roth and I represent Mr. Payton on this matter. The Federal Defenders represent Mr. Durant. The purpose of this letter is to request that Mr. Payton and Mr. Durant be excused from the April 13, 2015 conference. Mr. Durant's attorneys have authorized me to submit this request on Mr. Durant's behalf.

The Court has directed the parties to appear on April 13th to discuss whether the protective order governing certain government disclosures to defense counsel should be expanded so as to allow counsel to provide a copy of this discovery to the defendants' counsel in the parallel civil proceeding.

Mr. Payton lives in Philadelphia. Mr. Durant is in Florida. Since this conference will involve strictly legal matters, their attendance should not be necessary.

Please feel free to have your Chambers contact me if you have any questions.

Sincerely,

Lloyd Epstein

LE:pc

cc. All counsel - via ECF